**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner
Jose Perez

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE PEREZ, | ) | No. CIV. S-07-1344 MCE GGH P |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | REQUEST FOR EXTENSION OF TIME |
| | ) | TO FILE SUPPLEMENTAL POINTS |
| | ) | AND AUTHORITIES OR |
| | ) | AMENDED PETITION |
| | ) | & ORDER |
| DERRELL G. ADAMS, Warden | ) | |
| | ) | |
| Respondents. | ) | |

By earlier order petitioner's supplemental points and authorities were to have been filed by March 22, 2008 (which was actually a Saturday). For the reasons stated below an additional extension of time of 60 days is requested.

1

--

During the past 90 days undersigned counsel has worked diligently on this case and has reviewed the transcripts and other documents received from Mr. Perez. Undersigned has also made efforts to obtain authorization to meet with petitioner at Corcoran State Prison. That authorization was received just last week, but counsel was unable to schedule the trip prior to the due date of the aforementioned pleadings. (Undersigned did not believe it would take as long as it did to obtain clearance from the prison, clearance having been previously obtained for other institutions.) Because of other matters and court appearances it does not appear that undersigned will be able to make the trip for at least three weeks. In addition, in the past thirty days undersigned counsel has prepared Objections to Findings and Recommendations in Martin v Hubbard and preparing appellant's opening brief in Brown v Sisto.

Accordingly, I am requesting an additional sixty days within which to respond. This is counsel's request for an extension of time to file a status report, and I regret the need to so.

Accordingly, for the reasons stated, an additional 60 day extension of time, up to and including May 22, 2008 within which to meet with petitioner file either supplemental points and authorities or an amended petition.

I called respondent's counsel on March 24, 2008 advising him of my request by leaving a message on his answering machine.

DATED March 22, 2008                    Respectfully submitted,


                                        /S/MICHAEL B. BIGELOW
                                        Michael B. Bigelow
                                        Attorney for Petitioner


**ORDER**



**IT IS SO ORDERED**

Dated: 03/26/08                         /s/ Gregory G. Hollows

                                        United States Magistrate Judge


pere1344.po4

3

--