IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE PEREZ,

      Petitioner,                   No. CIV S-07-1344 MCE GGH P

    vs.

DERRELL G. ADAMS, Warden,

      Respondent.               <u>ORDER</u>

_____/

        Petitioner is represented by counsel. On 9/22/08 (Docket # 34), respondent filed a motion to dismiss the first amended petition as untimely under 28 U.S.C. § 2244(d), and noticed the hearing for 10/23/08 (Docket # 33). Pursuant to E.D. Local Rule 78-230(c), written opposition must be filed by no later than fourteen (14) days prior to the hearing date. Petitioner has filed no response whatever to the motion, according to the court's electronic case docket. Under L.R. 78-230(c): "[n]on party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1  Accordingly, IT IS ORDERED that the 10/23/08 hearing, noticed at Docket # 33,
2  on respondent's motion to dismiss is hereby VACATED from the court's calendar and the
3  matter, with no written opposition, is deemed submitted.
4  DATED: 10/21/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
pere1344.vac