**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Jose Perez

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ, | No. CIV. S-07-1344 MCE GGH P |
| Petitioner | |
| v. | REQUEST FOR RELIEF FROM ORDER OF SUBMISSION AND TO RESET HEARING DATE |
| | ORDER |
| DERRELL G. ADAMS, Warden | |
| Respondents. | |

In this matter respondent filed a request for dismissal and scheduled that motion for October 23, 2008. Accordingly a response was due October 16, 2008.

1

--

Although undersigned received a notification of the hearing date from respondent's counsel (actually, from support staff) the message was imperfectly received and calendared for October 29, 2008[1]. Thereafter, even though the document itself clearly states the hearing date to be October 23, 2008, undersigned failed to identify his error. Contributing to his oversight is the fact, for reasons more or less beyond his control, the past three weeks (as set out below) have been horrible with briefs due in every imaginable court all at the same time. (Due in large part because of filings of others in myriad other cases, Findings of Fact, traverses Reply Briefs and Opening Briefs and the like, all of which seem to have coalesced.) That having been said, the error remains mine and mine alone.

On today's date, I spoke at length with respondent's counsel and, other than titter a little at my discomfiture, has graciously agreed to my request and the date suggested for hearing. (The fact of the matter is, a hearing will not be necessary, unless this Court deems it so. Petitioner would be content to submit the matter on pleadings.)

---

[1] In fact, on Monday October 20, 2008 I e-mailed respondent's counsel to request a short continuance of the hearing date which I then believed to be on October 29th. It was felt then that the time limits were appropriate. Unfortunately, counsel was unavailable until this morning, October 22, 2008., and I was wrong.

2

In the past thirty days appellant has prepared and finalized the opening brief in the matter of Martin v Hubbard, a procedurally complex appeal from the denial of a Section 2254 motion involving California's timeliness bar. That Opening Brief was filed on October 15, 2008. I have also filed a factually complicated Rule 9 reply brief in the matter of the United States v Killinger. In addition, I have received answers in the matters of Thornton v Kramer and Dixon v Evans and traverses have been due in both and undersigned has worked on them both. Undersigned has also been involved in the preparation of the opening brief in the matter of the United States v Maddox, an appeal from conviction and sentencing after a protracted and complicated jury trial due on October 29, 2008 with further extensions of time being disfavored. Undersigned has also nearly completed the opening brief in the matter of the United States v Arauza-Zamudio.

For all of the above stated reasons, undersigned requests relief from default, and the opportunity to file a response on or before October 30, 2008. If this court wishes to set a hearing, both counsel agree to November 20, 2008.

Petitioner is serving his sentence at the California Department of Corrections.

DATED: October 22, 2008          Respectfully submitted,


                                 /S/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Petitioner


## ORDER

**IT IS ORDERED** that the petitioner's response will be due on or before October 30, 2008, and the this matter is rescheduled for hearing on November 20, 2008 at 10:00 AM.

Dated: 10/27/08                  /s/ Gregory G. Hollows
                                 _____
                                 Hon. Gregory, G. Hollows
                                 United States Magistrate Judge

Pere1344.hg

4