IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE PEREZ,

        Petitioner,               No. CIV S-07-1344 MCE GGH P

     vs.

DERRELL G. ADAMS, Warden,

        Respondent.         ORDER

_____/

        Pursuant to the <u>Order</u>, filed on 10/27/08 (Docket # 38), counsel for petitioner has filed an opposition (Docket # 40) to respondent's pending motion to dismiss (Docket # 34). Having reviewed the moving and opposition papers, the court finds oral argument to be unnecessary.

        Accordingly, IT IS ORDERED that the hearing on respondent's motion to dismiss, rescheduled for hearing on 11/20/08, per Docket # 38, is hereby VACATED from the court's calendar, and the matter is deemed submitted on the papers.

DATED: November 14, 2008

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:009
pere1344.vac2