```
 1  MICHAEL B. BIGELOW
    Attorney at Law
 2  State Bar Number 065211
    428 J Street, Suite 350
 3  Sacramento, CA  95814
    Telephone: (916) 443-0217
 4
 5  Attorney for Petitioner
    Jose Perez
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  JOSE PEREZ,                    )   No. CIV. S-07-1344 MCE GGH P
                                   )
11                                 )
                 Petitioner        )
12                                 )
             v.                    )   MOTION TO PROCEED
13                                 )   IN FORMA PAUPERIS
                                   )
14                                 )   ORDER
    DERRELL G. ADAMS, Warden       )
15                                 )
                 Respondents.      )
16                                 )
```

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS and (PROPOSED) ORDER**

Pursuant to Title 18 U.S.C. §3006A(d)(7) and Rule 24 of Jose Perez, through his counsel, Michael B. Bigelow, asks leave to prosecute his Appeal from the decision of the United States District Court, Eastern District California (Sacramento) to the Ninth Circuit Court of Appeals without prepayment of fees or costs and to proceed *in forma pauperis*.

On August 1, 2007 petitioner was granted his request to proceed *in forma pauperis* and on September 13, 2007, undersigned counsel was appointed pursuant to 18 U.S.C. § 3006A(a)(2)(B) to represent petitioner in the district court. Petitioner/appellant remains unable to afford the assistance of counsel.

Dated: May 15, 2009

Respectfully Submitted,

/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Petitioner/Appellant

**ORDER**

**The motion is denied as unnecessary. See Fed.R.App.P. 24(a)(3).**

/s/ Gregory G. Hollows        Dated: May 28, 2009

Hon. Gregory G. Hollows
United States Magistrate Judge

Pere1344.ord