IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE PEREZ,

      Plaintiff,                    No. CIV S-07-1344 MCE GGH P

     vs.

DERRELL ADAMS,

      Defendant.               ORDER

_____/

       On March 30, 2011, plaintiff filed a motion seeking equitable tolling and assistance retrieving legal documents from his attorney. This civil rights action was closed on May 8, 2009. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

       IT IS SO ORDERED.

DATED: April 27, 2011

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

ggh:14 / pere1344.58ggh

1