IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE PEREZ,

     Petitioner,             No. CIV S-07-1344 MCE GGH P

     vs.

DERRELL ADAMS,

     Respondents.      ORDER

_____/

This petition for writ of habeas corpus was denied on May 8, 2009 and judgment entered accordingly. Petitioner's filing, entitled request for assistance to retrieve legal documents, filed on April 28, 2011, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

DATED: May 4, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
pere1344.158